UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DUKE PARTNERS II, LLC, | Case No. 17-cv-04335-MEJ |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ARNOLDO G. CASILLAS, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to *Duke Partners II, LLC v. Casillas,* 17-cv-00936-WHA.

**IT IS SO ORDERED.**

Dated: August 10, 2017

MARIA-ELENA JAMES
United States Magistrate Judge